UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COLLEEN COPE, | ) | CASE NO. 4:14-cv-01731-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's application for supplemental security income under Title XVI of the Social Security Act (42 U.S.C. § 1381 *et seq*.) in the above-captioned case.  Plaintiff sought judicial review of the Commissioner's decision, and the case was referred to Magistrate Judge Greg White for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation (Doc. 13) that this Court dismiss the underlying action for want of prosecution.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within ten (10) days after service.  To date, no objections have been filed.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This action is dismissed for want of prosecution.

IT IS SO ORDERED.

Dated:  <u>March 2, 2015</u>                                     <u>/s/ John R. Adams_____</u>
                                                                         UNITED STATES DISTRICT JUDGE